

FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0198

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0198

FILED

JUL 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

M.D.U-N.,

ORDER

A Youth in Need of Care.

---

On May 19, 2020, J.D.U-N., via counsel, moved this Court for an extension of time to file the transcripts July 6, 2020. Appellant attached an affidavit from counsel in support of the motion that stated that counsel had used an outdated address in serving its request for transcripts upon court reporter Jan Barry, thus causing a delay in their preparation. This Court granted Appellant an extension of time to file the transcripts until July 6, 2020. To date, no transcripts have been filed.

IT IS ORDERED that, on or before July 24, 2020, counsel shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record and to court reporter Jan Barry.

DATED this 15th day of July, 2020.

For the Court,

By _____
Chief Justice